IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-02929-NYW

UNITED STATES OF AMERICA,

    Plaintiff,

v.

$72,800.00 IN UNITED STATES CURRENCY,

    Defendant,

&

TODD NELSON,

    Claimant.

ORDER

Magistrate Judge Nina Y. Wang

    This matter is before the court on the Unopposed Motion to Stay All Proceedings as to Claimant Todd Nelson ("Unopposed Motion to Stay") filed on May 1, 2015. [#17]. The court held a Status Conference on this matter on May 22, 2015 to determine the status of the criminal proceedings for Claimant Todd Nelson ("Claimant" or "Mr. Nelson") currently pending in Denver County District Court. Counsel for the United States appeared, but counsel for Claimant did not.

    At the Conference, the court inquired as to the timing of Mr. Nelson's criminal proceedings and whether there was any reason not to administratively close the matter pending those proceedings, instead of entering an indefinite stay. Counsel for the United States indicated

that she was unaware of any trial date for Mr. Nelson, and that the United States did not object to administrative closure.

Accordingly, IT IS ORDERED that:

(1) The Unopposed Motion to Stay [#17] is GRANTED;

(2) This civil action will be ADMINISTRATIVELY CLOSED pending the resolution of Mr. Nelson's criminal adjudication in Denver County District Court; and

(3) The Parties are DIRECTED to file a Status Report and/or Motion to Reopen the Case within 30 days of any verdict and/or judgment in Mr. Nelson's criminal case.

DATED May 22, 2015                                    BY THE COURT:

                                                     s/ Nina Y. Wang
                                                     United States Magistrate Judge