**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 14-cv-02929-NYW

United States of America,

     Plaintiff,

v.

$72,800.00 IN UNITED STATES CURRENCY,

     Defendant,

&

TODD NELSON,

     Claimant.

**ORDER**

Magistrate Judge Nina Y. Wang

This matter is before the court on the Unopposed Motion to Reopen Case filed on February 18, 2016. [#22]. The matter is before me pursuant to the Order of Reference dated February 27, 2015 [#15], 28 U.S.C. § 636(c), and D.C.COLO.LCivR 72.2.

IT IS ORDERED that the Unopposed Motion to Reopen Case [#22] is **GRANTED**:

(1)    The Parties are DIRECTED to file a Status Report on or before **February 26, 2016**, apprising the court of the posture of the case and whether they require a Status Conference.

DATED February 19, 2016                    BY THE COURT:

                                                                 s/ Nina Y. Wang
                                                                 United States Magistrate Judge